IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,     No. CR S-93-0043 GEB JFM P

  vs.

CURTIS ANTHONY SLATON,

    Movant.      <u>ORDER</u>

_____/

  Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

  On March 25, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

1 Neither party has filed objections to the findings and
2 recommendations.
3 　　　　　The court has reviewed the file and finds the findings
4 and recommendations to be supported by the record and by the
5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 that:
7 　　　　　1.  The findings and recommendations filed March 25,
8 2005, are adopted in full;
9 　　　　　2.  Movant's September 2, 2004 motion to vacate, set
10 aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is
11 denied; and
12 　　　　　3.  The Clerk of the Court is directed to close the
13 companion civil case, No. CIV S-04-1846.
14 Dated:  April 27, 2005
15
16 　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
17 　　　　　　　　　　　　　　　　　United States District Judge